IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
2002 AUG 28  P 2: 30

| | | |
|---|---|---|
| **URAL PERRYMAN DUKES DEAN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | AT BALTIMORE |
| **ANN M. VENEMAN** | : | _____ DEPUTY |
| **Defendant.** | : | **Civil No. JFM-02-2191** |

...oOo...

### ORDER

For the reasons set forth in the foregoing Consent Motion to Extend Time, it is this

_28th_ day of _August_____, 2002,

**ORDERED**, that the time for filing an answer or other responsive pleading by Ann

M. Veneman, Secretary of the United States Department of Agriculture, be ENLARGED to *October*

*29, 2002*.

_____
The Honorable J. Frederick Motz
United States District Judge

**COPIES TO:**
Frederic M. Brandes
2126 Folkstone Road
Timonium, MD  21093
*Counsel for Plaintiff*

Jennifer Lilore Huesman, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
*For Defendant,*