IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| URAL PERRYMAN DUKES DEAN | * | |
| | * | |
| v. | * | Civil No. JFM-02-2191 |
| | * | |
| ANN M. VENEMAN, ET AL. | * | |

*****

ORDER

Defendant has filed a motion to dismiss or to transfer venue. Plaintiff has filed a response conceding that venue is improper but seeking transfer of the case to the United States District Court for the District of Columbia. It appears that venue in the District of Columbia is proper under 42 U.S.C. §2000e-5 since the employment records relevant to the claim asserted by plaintiff are maintained and administered there. Accordingly, it is, this 27th day of November 2002

ORDERED

1. Defendant's motion to dismiss or to transfer venue is treated as one to transfer venue and, as such, is granted; and

2. This action is transferred to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §1406(a).

_____
J. Frederick Motz
United States District Judge